August 27, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GUILLERMO GARZA D/B/A WILHOME BUILDERS & CONSTRUCTION,
Appellant

NO. 14-11-00724-CV                    V.

JESSE CANTU, Appellee

_____

This court today issued a substitute opinion. We order this court's former judgment of May 11, 2013, vacated, set aside, and annulled. We further order this court's opinion of May 11, 2013, withdrawn. We deny the motion for panel rehearing filed by appellee, Jesse Cantu. Appellee's motion for en banc reconsideration is denied as moot.

This cause, an appeal from the judgment in favor of appellee, Jesse Cantu, signed May 10, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Jesse Cantu.

We further order this decision certified below for observance.